LP | MFA



EMANUEL KELLY

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

        Defendants.

CIVIL ACTION

No. 10-~~01216~~ 2685

**FILED**

MAR 1 4 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## MEMORANDUM ORDER

**AND NOW**, this _14_ day of March, 2011, it is hereby **ORDERED** as follows:

On August 9, 2010, defendant World Financial Network National Bank (WFNNB) filed a

motion to dismiss plaintiff's complaint. Dkt. 22. Plaintiff did not respond to WFNNB's motion

to dismiss. On September 2, 2010, plaintiff and certain defendants, not including WFNNB, filed

a stipulation allowing plaintiff to amend his complaint., dkt. 39, and plaintiff filed an amended

complaint that same day, dkt. 40. WFNNB filed an answer to the amended complaint on

September 30, 2010, dkt. 52, and has not otherwise opposed plaintiff's amended complaint. The

court interprets WFNNB's actions as acquiescence to the filing of the amended complaint.

Accordingly, it appearing that no party was prejudiced by the timing of the amendment, the court

hereby **GRANTS**, *nunc pro tunc*, leave to amend the original complaint, Fed. R. Civ. P. 15(a)(2),

and it is **ORDERED** that WFNNB's motion to dismiss plaintiff's original complaint is denied as

moot.

3-16-11 e-mailed to:   R. Cohen
           G. Baskerville   M. BigDe
           C. Novak      K. Joseph
           M. Madman
           A. Bailey
           M. Ghigsuddon

BY THE COURT:

/s Louis H. Pollak
Pollak, J.